■ JOEL S. ST. MARY, Appellant, v PAUL SMITH'S COLLEGE OF ARTS AND SCIENCES, Respondent. (Appeal No. 2.) [668 NYS2d 519] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *see also, Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Onondaga County, Buckley, J.—Summary Judgment.) Present—Denman, P. J., Lawton, Balio, Boehm and Fallon, JJ.